

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00122-CV

## Trial Court No. 2013-858-CCL1

## In the Interest of A. C, Z. C., J. C., S. C., and A. C., minor children

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Clerk's record | $149.00 | N/A |
| Reporter's record | $215.00 | Gregg County |
| Supreme Court chapter 51 fee | $50.00 | Indigent ☐ |
| Filing | $100.00 | Indigent |
| Indigent | $25.00 | Indigent |
| Required Texas.gov efiling fee | $20.00 | Indigent |
| Reporter's record | $100.00 | Gregg County |
| Clerk's record | $47.00 | COURT APPOINTED ATTY |
| **TOTAL:** | $706.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of January 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk